IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG SDI CO. LTD.,<br><br>Defendant.<br>_____ / | No. CR 11-00162 WHA<br><br>**NOTICE REGARDING ISSUES FOR APRIL 19 HEARING** |

Whether the Court will dispense with the benefit of a final presentence report and/or approve the proposed plea agreement depends in part on the following issues:

(1) Why should so many possible co-conspirator employees, officers, and directors receive the benefit of an agreement not to prosecute?

(2) Why shouldn't the fine be the maximum?

(3) What is the need for expedition versus the normal presentence process?

These issues will be addressed at the April 19 hearing.

Dated: April 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE