1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | No.  CR 11-0162 (WHA) |
| --- | --- | --- |
| v. | ) ) ) | [~~PROPOSED~~] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771 |
| SAMSUNG SDI COMPANY, LTD., | ) ) | |
| Defendant. | ) ) | |

On this date the Court considered the Motion to Establish Procedure for Crime Victim Notification Pursuant to 18 U.S.C. § 3771, filed by the United States Department of Justice, Antitrust Division.  Having considered the Motion and for good cause shown, the Court GRANTS the Motion and ORDERS that for any public court proceeding, or any parole proceeding, involving the crime or any release or escape of the accused in this case, the Antitrust Division may provide reasonable, accurate, and timely notice through its web site, http://www.justice.gov/atr and through letters to lead counsel for the direct and indirect purchaser plaintiffs in the class action entitled *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Civil Action No. 07-5944-SC, MDL No. 1917, rather than individual notices to the crime victims.

**IT IS SO ORDERED.**

Dated: _ April 11 _____, 2011

Judge William Alsup

[~~PROPOSED~~] ORDER
CR-11-0162 WHA