UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 11-0162 (WHA) |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME UNDER |
| SAMSUNG SDI COMPANY, LTD., | ) | THE SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0162 (WHA)                                1

STIPULATION

On May 10, 2011, counsel for defendant Samsung SDI Company, Ltd. ("SDI") and counsel for the Government appeared before Judge William H. Alsup for a status hearing. After colloquy with the Court, SDI requested time to decide whether to set the case for trial or plead guilty. At the request of the parties, the Court set a hearing date of May 17, 2011 at 2 p.m. for a status hearing. Counsel for SDI and the Government hereby stipulate to an exclusion of time under the Speedy Trial Act, from May 10, 2011 to May 17, 2011 for the reasons set forth in the below order.

DATED: May 12, 2011            __/s/_____
                               GARY HALLING
                               JAMES McGINNIS
                               Attorney for Defendants SAMSUNG SDI
                               COMPANY, LTD.

DATED: May 12, 2011            __/s/_____
                               LIDIA MAHER
                               MAY LEE HEYE
                               TAI S. MILDER
                               Trial Attorneys
                               U.S. Department of Justice

ORDER

The Court hereby orders the exclusion of time under the Speedy Trial Act from May 10, 2011 to May 17, 2011 based on the following reasons: SDI and the Government have stipulated to an exclusion of time because of "delay resulting from consideration by the court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government." See 18 U.S.C. § 3161(h)(1)(G). In addition, the failure to grant such a continuance would deny counsel for the defendant and the attorneys for the Government the reasonable time necessary for effective preparation. See 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and B(iv).

1  The Court finds that the exclusion of time is appropriate because of the Court's
2  consideration of a proposed plea agreement and that the failure to grant the requested
3  continuance would unreasonably deny counsel reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
5  the ends of justice would be served by excluding the proposed time period under the Speedy
6  Trial Act.  These ends outweigh the best interests of the public and the defendants in a speedy
7  trial. See 18 U.S.C. § 3161(h)(7)(A).
8  For the reasons stated, the Court finds that the time period from May 10, 2011 to May 17,
9  2011 should be excluded from the calculation of time under the Speedy Trial Act,  18 U.S.C. §
10  3161(h)(7)(A).

12  IT IS SO ORDERED

14  Dated: May 13, 2011.          By: _____
15                                     THE HONORABLE WILLIAM H. ALSUP
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0162 (WHA)                          3