**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00162 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR COMMENT REGARDING STIPULATION TO EXCLUDE TIME** |
| SAMSUNG SDI COMPANY, LTD., | |
| Defendant. / | |

In light of 18 U.S.C. 3161(i) — which states: "If trial did not commence within the time limitation specified in section 3161 because the defendant had entered a plea of guilty or nolo contendere subsequently withdrawn to any or all charges in an indictment or information, the defendant shall be deemed indicted with respect to all charges therein contained within the meaning of section 3161, on the day the order permitting withdrawal of the plea becomes final." — will counsel please advise the Court whether it is really necessary to exclude time. In the Court's view, it is not. Please submit comment by **MONDAY, MAY 23, 2011**.

Dated: May 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE