1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMSUNG SDI CO., LTD.,<br><br>Defendant. | Case No. CR 11-0162 (WHA)<br><br>[PROPOSED] **ORDER SEALING SAMSUNG SDI CO., LTD.'S SUPPLEMENTAL SENTENCING SUBMISSION RE COOPERATION** |
|---|---|

1 | Having considered defendant Samsung SDI Co., Ltd.'s *Ex Parte* Motion to File
2 | Under Seal its Supplemental Sentencing Submission re Cooperation, and the Declaration
3 | of Gary L. Halling filed therewith, and good cause appearing:
4 | IT IS HEREBY ORDERED pursuant to Criminal Local Rule 55-1 and Civil Local
5 | Rule 79-5 that Samsung SDI Co., Ltd.'s Supplemental Sentencing Submission re
6 | Cooperation shall be filed permanently under seal.

DATE: August 9, 2011.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE