IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG SDI COMPANY, LTD.,<br><br>Defendant.<br>——————————————————/ | No. CR 11-00162 WHA<br><br>**ORDER REQUESTING INFORMATION REGARDING GRAND JURY WITNESSES FROM THE GOVERNMENT** |

The government shall please submit an *ex parte* under seal submission on the status of grand jury proceedings with regard to the cathode ray tube and color display tube investigations, as well as the names of Samsung-related witnesses who have testified before the grand jury *and* Samsung-related witnesses who *have yet to* testify before the grand jury but who the government anticipates seeking to present as witnesses. This *ex parte* under seal submission shall be made in time for it to be considered before the sentencing hearing in this matter scheduled for tomorrow, August 16, at 2:00 p.m. Any discussion of this issue at the sentencing hearing will be *ex parte* with the government and under seal. *See* FRCrP 6(e)(2)–(3); *In re Grand Jury Proceedings*, 914 F.2d 1372, 1374 (9th Cir. 1990).

**IT IS SO ORDERED.**

Dated: August 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE