IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG SDI CO. LTD.,<br><br>    Defendant.<br>_____<br><br>REAL PARTY IN INTEREST LAI-JUH CHEN<br>_____/ | No. CR 11-00162 WHA<br><br>**ORDER TO WAIVE APPEARANCE OF LAI-JUH CHEN** |

    Real party in interest Lai-Juh Chen submitted a motion for unsealing and disclosure of defendant Samsung SDI Co. LTD's presentence report. The motion is scheduled for hearing on September 27, 2011. Dr. Chen requests a waiver of appearance for the motion hearing. Dr. Chen is currently in Taiwan, underwent oral surgery on September 22, and was instructed by his doctor not to fly during the week following the surgery. Dr. Chen has represented that he notified Lidia Maher, counsel for the United States, by letter dated September 21, 2011, that Dr. Chen was advised by his doctor to remain in Taiwan and has not objected.

    The request to waive appearance for the September 27, 2011 motion hearing on the motion for unsealing and disclosure of defendant Samsung's presentence report is hereby **GRANTED**.

    **IT IS SO ORDERED.**

Dated: September 27, 2011.

                                                           WILLIAM ALSUP

UNITED STATES DISTRICT JUDGE